IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALEKSANDER ROMANOVICH, *et al.*,

        Plaintiffs,                      No. CIV 2:11-cv-1510-MCE-JFM (PS)

    vs.

JP MORGAN CHASE BANK, N.A., *et al.,*

        Defendants.               <u>ORDER</u>

_____/

        Plaintiffs have requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), plaintiffs' request shall be honored.

        Accordingly, IT IS HEREBY ORDERED that:

        1. This action is dismissed without prejudice.

        2. Defendants' July 27, 2011 motion to dismiss is denied as moot.

        3. The initial scheduling conference set for November 10, 2011 is vacated.

DATED: October 12, 2011.

                                      UNITED STATES MAGISTRATE JUDGE

/014;roma1510.59